No. 03–268.  SYSLO v. SYSLO.  Ct. App. Ohio, Lucas County. Certiorari denied.

No. 03–273.  GROSS v. IRTZ, ADMINISTRATOR OF THE ESTATE OF GROSS.  Cir. Ct. Fayette County, Ky.  Certiorari denied.

No. 03–278.  ePLUS GROUP, INC. v. CARESOUTH HOME HEALTH SERVICES.  C. A. 4th Cir.  Certiorari denied.

No. 03–281.  CONSUMERS UNION OF UNITED STATES, INC. v. SUZUKI MOTOR CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–285.  RANEY v. GATEWAY COMPUTER CO.  Sup. Ct. Va. Certiorari denied.

No. 03–292.  LEROHL ET AL. v. FRIENDS OF MINNESOTA SINFONIA ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–294.  SANDERS ET AL. v. FIRST AMERICAN TITLE INSURANCE CO. ET AL.; and
No. 03–5619.  RICHARDSON v. FIRST AMERICAN TITLE INSURANCE CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–297.  LUSARDI v. 40235 WASHINGTON STREET CORP. C. A. 9th Cir.  Certiorari denied.

No. 03–305.  JARBOE ET UX. v. READ ET AL.  Super. Ct. Pa. Certiorari denied.

No. 03–306.  ALEXANDER v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 03–307.  LONG ET AL. v. CROSS REPORTING SERVICE, INC., ET AL.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 03–308.  KIEFFER v. KIEFFER ET AL.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 03–314.  SATAVA ET AL. v. LOWRY ET AL.  C. A. 9th Cir. Certiorari denied.